JS6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES—GENERAL

| | |
|---|---|
| **Case No.** CV 19-6605-MWF-E | **Date:** December 17, 2019 |
| **Title:** Brian Whitaker v. Tesla Motors, Inc., et al. | |

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:                              Court Reporter:
Rita Sanchez                               Not Reported

Attorneys Present for Plaintiff:           Attorneys Present for Defendant:
None Present                               None Present

**Proceedings (In Chambers):** ORDER RE: MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12(b)(6) [24]

Before the Court is Tesla Motors, Inc.'s ("Tesla") Motion to Dismiss Complaint For Lack of Prosecution (the "Motion"), filed on November 11, 2019. (Docket No. 24). Plaintiff Brian Whitaker filed an Opposition on November 25, 2019. (Docket No. 28). Tesla filed a Reply on December 2, 2019. (Docket No. 29).

The Motion was noticed to be heard on December 16, 2019. The Court read and considered the papers on the Motion and deemed the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); Local Rule 7-15. The hearing was therefore **VACATED** and removed from the Court's calendar.

The Court previously granted Tesla's motion to dismiss with leave to amend. (Docket No. 23). Plaintiff has informed the Court that he declines to do so. (Opposition at 4). Accordingly, Tesla's pending motion to dismiss is **GRANTED** *without leave to amend* and the action is **DISMISSED**.

This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.

IT IS SO ORDERED.